THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE WRIGHT, Appellant, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY, et al., Respondents. [868 NYS2d 529]

Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Andrias, J.P., Nardelli, Sweeny, DeGrasse and Freedman, JJ.